RICHARD LLOYD SHERMAN, ESQ. (State Bar No. 106597)
RICHARD@SHERMANLAWGROUP.COM
ABHAY KHOSLA, ESQ. (State Bar No. 223555)
ABHAY@SHERMANLAWGROUP.COM
**SHERMAN LAW GROUP**
9454 Wilshire Boulevard, Suite 850
Beverly Hills, California 90212-2929
Telephone: (310) 246-0321
Facsimile: (310) 246-0305

Attorneys for Plaintiff LETICIA AGUILERA

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LETICIA AGUILERA,** an individual, <br><br> Plaintiff, <br><br> v. <br><br> **SPANISH BROADCASTING SYSTEM, INC.,** a Delaware corporation; and **DOES** 1 through 10, inclusive, <br><br> Defendants. | CASE NO.: 2:18-CV-05802-AFM <br><br> Hon. Alexander F. MacKinnon <br><br> [Proposed] ORDER GRANTING DISMISSAL PURSUANT TO STIPULATION <br><br> Complaint Filed: May 4, 2018 |

## [Proposed] ORDER GRANTING DISMISSAL
## PURSUANT TO STIPULATION OF THE PARTIES

Upon the stipulation of Plaintiff Leticia Aguilera and Defendant Spanish Broadcasting System, Inc. to dismiss this case in light of the settlement reached by and between the parties, it is hereby ORDERED that this matter is dismissed with prejudice. Each party shall bear their own costs and fees.

Dated: July 19, 2019

By: _____
ALEXANDER F. MACKINNON
United States Magistrate Judge

i